IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED _____ ENT
LODGED _____ RE

AUG 3 0 2007

AT G.
CLERK U.S. DISTRICT CO.
DISTRICT OF MARYLAND
BY_____DEPUTY

RONALD C. FORREST

v.

UNITED STATES OF AMERICA

\*
\*
\*   Civil No.    AW-07-0335
\*   Criminal No.  AW-03-0458
\*
\*\*\*\*\*\*

## ORDER

In accordance with the Memorandum Opinion dated August 31, 2007 and for the reasons

stated therein, it is this **31st day of August, 2007**, by the United States District Court for the

District of Maryland (Southern Division),

ORDERED:

1.      That the Motion To Vacate, Set Aside, Or Correct Sentence filed by the

Petitioner/Defendant Ronald C. Forrest [61-1] BE, and the same hereby IS DENIED.

2.      That the clerk CLOSE this case.

3.      That the clerk mail copies of this Memorandum Opinion and Order to all parties of

record.

Alexander Williams, Jr.
United States District Judge